# Exhibit O

# TEXAS COMMISSION ON JAIL STANDARDS

**EXECUTIVE DIRECTOR**
**Brandon S. Wood**




**P.O. Box 12985**
**Austin, Texas 78711**
**Voice: (512) 463-5505**
**Fax: (512) 463-3185**
**http://www.tcjs.state.tx.us**
**info@tcjs.state.tx.us**

April 11, 2017

Subject: I/M Rosa Demay Bonilla Death-In-Custody Review
Date of Death: February 26, 2017 at approximately 1229 hours
Facility: Orange Co. Jail (I/M passed away at St. Elizabeth Hospital)

Investigation reveals that I/M Bonilla, Rosa Demay was processed into the Orange Co. Jail on February 24, 2017 at approximately 1044 hours for Possession of Controlled Substance 3<28g (F). I/M Bonilla had not yet been magistrate at the time of the incident. The suicide screening form was completed and there were numerous flags indicated on the form. As required, the magistrate, mental health, medical and the supervisor were notified. I/M Bonilla claimed to suffer from asthma, bipolar disorder and attention deficit disorder at the time of booking as well.

On February 24, 2017 at approximately 2046 hours, lone occupant I/M Bonilla was discovered hanging in the female holding cell by Officer Madeline Antoine-Lewis. I/M Bonilla had tied a bed sheet around her neck and to the conduit that supports the inmate phone. Officer Antoine-Lewis summoned assistance from correctional staff as well as medical staff. Staff entered the cell, raised I/M Bonilla up and removed the ligature. I/M Bonilla was placed on the floor and life saving measures were initiated. Orange Fire Dept. and Acadian Ambulance Service arrived a short time later and took over the life saving measures. EMS was able to obtain a pulse prior to departing the facility. I/M Bonilla was transported to St. Elizabeth Hospital in Beaumont, Texas. While in the ER, I/M Bonilla was revived on two (2) separate occasions. I/M Bonilla was placed on a ventilator to assist with her breathing. Once stabilized, I/M Bonilla was moved to ICU for monitoring. On February 25, 2017, I/M Bonilla was released from custody by J.P. Derry Dunn. Orange Co. Jail staff continued to receive updates on Ms. Bonilla until Sunday, February 26, 2017 at approximately 1229 hours when ICU Nurse Brian Guidry informed jail staff that Ms. Bonilla was pronounced brain dead. The autopsy revealed that final cause of death determination was suicide by hanging.

Inspector Jackie Benningfield reviewed all submitted paperwork to ensure compliance with minimum jail standards. After careful review of all paperwork, it was determined that there appears to be no violation of minimum standards and no further action is warranted at this time.

Shannon J. Herklotz

Judge Bill Stoudt, Longview, Chair
Jerry W. Lowry, New Caney, Vice Chair
Irene A. Armendariz, Austin

Sheriff Dennis D. Wilson, Groesbeck
Sheriff Kelly Rowe, Lubbock

Larry S. May, Sweetwater
Allan D. Cain, Carthage
Dr. Esmaeil Porsa, M.D., Parker

"The Commission on Jail Standards welcomes all suggestions and will promptly respond to all complaints directed against the agency or any facilities under its purview".

*To empower local government to provide safe, secure and suitable local jail facilities through proper rules and procedures while promoting innovative programs and ideas*